UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-129 (01)RM |
| | ) | |
| DARRIEA D. LAX | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 7, 2010 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Darriea Lax's plea of guilty, and FINDS the defendant guilty of Count 2 of the indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:  January 3, 2011

                                                /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court